UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

KIRD DEPHILLIPO, SR.,                        )
                                             )
              Petitioner,                    )
                                             )
       v.                                    )          Civil No. 1:09-CV-609-JAW
                                             )
WARDEN, MAINE STATE                          )
PRISON,                                      )
                                             )
              Respondent.                    )


**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on April 16, 2010 her

Recommended Decision.   The Plaintiff filed his objections to the Recommended

Decision on June 17, 2010.  I have reviewed and considered the Magistrate Judge's

Recommended Decision, together with the entire record; I have made a <u>de novo</u>

determination of all matters adjudicated by the Magistrate Judge's Recommended

Decision; and I concur with the recommendations of the United States Magistrate Judge

for the reasons set forth in her Recommended Decision, and determine that no further

proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate
    Judge is hereby <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Petitioner's 28 U.S.C. § 2254 Petition
    (Docket # 1) be and hereby is <u>DENIED</u>.

3.  It is further <u>ORDERED</u> that no certificate of appealability should issue in the
    event the Plaintiff files a notice of appeal because there is no substantial
    showing of the denial of a constitutional right within the meaning of 28
    U.S.C. §  2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2010